RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 6/21/11
BY ablc

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DENNIS WEST | DOCKET NO. 10-CV-1783; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| PAMELA HORN | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED** and **DISMISSED WITH PREJUDICE** as failing to state a claim under 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 21st day of June, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE